UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| MARCELLA J. BROWN,  :<br>:<br>Plaintiff,  :<br>:<br>vs.  :<br>:<br>COMMISSIONER OF SOCIAL  :<br>SECURITY,  :<br>:<br>Defendant.  :<br>: | CASE NO. 1:23-cv-01096<br><br>OPINION & ORDER<br>[Resolving Doc. 1, 13] |

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

Plaintiff Marcella Brown seeks judicial review of the Social Security Commissioner's final decision denying her application for Supplemental Security Income.[1]

On March 1, 2024, Magistrate Judge Greenberg issued a Report and Recommendation ("R&R") recommending that the Court affirm the Commissioner's final decision.[2]  Plaintiff's objections were due on March 15, 2024.[3]  Plaintiff did not file objections.

The Federal Magistrates Act requires district courts to conduct a *de novo* review of only objected-to portions of an R&R.[4]  Absent objection, district courts may adopt an R&R without review.[5]  Plaintiff did not object to the R&R, so this Court may adopt Magistrate Judge Greenberg's R&R without further review.

---

[1] Doc. 1.  Plaintiff and Defendant filed merits briefs.  Docs. 9, 11.  Plaintiff filed a reply.  Doc. 12.
[2] Doc. 13.
[3] Parties have fourteen days to file objections to a Magistrate Judge's R&R.  LR 72.3(b).
[4] 28 U.S.C. § 636(b)(1).
[5] *Thomas v. Arn*, 474 U.S. 140, 149–52 (1985).  Failure to timely object may waive a party's right to appeal the district court's order adopting the R&R.  *Id*. at 155; *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981).

Case No. 1:23-cv-01096
Gwin, J.

Accordingly, the Court **ADOPTS** Magistrate Judge Greenberg's R&R and **AFFIRMS** the Commissioner's final decision.

IT IS SO ORDERED.

Dated:  April 10, 2024                                        *s/         James S. Gwin*
                                                              JAMES S. GWIN
                                                              UNITED STATES DISTRICT JUDGE